# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2645 Disciplinary Docket No. 3 |
| | : | |
| RICHARD P. KIMMINS | : | No. 1 DB 2019 |
| | : | |
| | : | Attorney Registration No. 84864 |
| PETITION FOR REINSTATEMENT | : | |
| FROM DISABILITY INACTIVE STATUS | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2024, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).